On appellant's reconsideration filed April 12, reconsideration granted; former opinion filed March 15 (56 Or App 592, 643 P2d 424) adhered to September 8, 1982

In the Matter of Salerno, JoAnn, a Child.

STATE ex rel JUVENILE DEPARTMENT OF MULTNOMAH COUNTY,
*Respondent,*

*v.*

SALERNO,
*Appellant.*

(No. 67,209, CA A21594)

650 P2d 189

Steven M. Rose, Portland, for petition.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

## PER CURIAM

Father petitions for reconsideration of our decision affirming the order terminating his parental rights in his son, 56 Or App 592, 643 P2d 424 (1982). Pursuant to *State ex rel Juv. Dept. v. Farrell*, 58 Or App 258, 648 P2d 401 (1982), we have reviewed the record consistently with the proper burden of proof. The petition is granted, and we adhere to our prior decision.